UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

E.B. STONE & SON, INC.,

        Plaintiff,

        v.

THE IRWIN-HODSON COMPANY,

        Defendant.
_____/

AND RELATED CROSS-ACTIONS.
_____/

NO. 2:13-CV-0404 KJM KJN

<u>ORDER TO SHOW CAUSE</u>

        In an order filed by the court on February 28, 2013, a status conference was set for July 11, 2013, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on June 26, 2013, but there was no appearance by defendant Bonita Pioneer Packaging at the July 11th conference.

        Accordingly, defendant's counsel is ordered to show cause on or before July 30, 2013, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 22, 2013.

_____
UNITED STATES DISTRICT JUDGE